IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3110 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH A. JONES, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Regarding defendant Jones' motion to release pretrial services report, (filing no. 27), and his motion for release pending possible placement at Western Alternative Corrections, Hastings, Nebraska, (filing no. 28),

IT IS ORDERED:

1) The Pretrial Services Office shall forward defendant's pretrial services information and shall initiate the screening process for defendant Jones' possible placement at Western Alternative Corrections in Hastings, Nebraska.

2) Defendant Jones' motion for release, (filing no. 28), is denied with respect to his request to live with Vicki Shrepf, in Lincoln, Nebraska pending an admission decision and a vacancy for placement at Western Alternative Corrections in Hastings, Nebraska is denied.

DATED this 23rd day of November, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge