IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3110 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH A. JONES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Because defense counsel will be filing a motion to withdraw,

IT IS ORDERED that on the court's own motion, this matter is continued until further order of the court.

DATED this 10th day of August, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge